# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 805 MAL 2016

                                   Respondent       :

                                           :    Petition for Allowance of Appeal from
                                           :    the Order of the Superior Court

                    v.                           :

JEFFREY JOSEPH PERSAVAGE, JR.,     :

                                 Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.